FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

14 MAY 21 PM 5:59

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE LUIS ULLOA, and DIANE RENEE HOLBROOK, a/k/a DIANE RENEE GRANDEL, a/k/a DIANE RENEE SHELTRAW, a/k/a DIANE RENEE PERDUE,<br><br>Defendant. | 4:14CR3060<br><br>INDICTMENT<br>(21 U.S.C. § 846) |

The Grand Jury charges that

## COUNT I

Between on or about January 1, 2012, and on or about February 28, 2014, in the District of Nebraska, JOSE LUIS ULLOA, and DIANE RENEE HOLBROOK, a/k/a DIANE RENEE GRANDEL, a/k/a DIANE RENEE SHELTRAW, a/k/a DIANE RENEE PERDUE, the defendants herein, did knowingly and intentionally combine, conspire, confederate, and agree together and with other persons to distribute and possess with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1).

In violation of Title 21, United States Code, Section 846.

A TRUE BILL.



FOREPERSON

_____
DEBORAH R. GILG
United States Attorney
District of Nebraska

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

_____
SARA E. FULLERTON, #18314
Assistant U.S. Attorney