IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>JOSE LUIS ULLOA,<br><br>             Defendant. | 4:14CR3060-RGK-CRZ<br><br>ORDER FOR DISCLOSURE OF PAROLE RECORDS |

      This Matter comes before the Court on the government's Motion (filing 55) requesting disclosure of the Defendant's parole records for use in resolving a sentencing issue. This Court hereby grants the Motion and orders that the Nebraska Department of Correctional Services provide copies of any and all records showing the dates that JOSE LUIS ULLOA #68436, was on parole, including but not limited to the Parole Certificate, Parole Revocation Certificate and/or Parole Discharge Certificate, to Sara E. Fullerton, Assistant United States Attorney, Room 487 Federal Building, 100 Centennial Mall North, Lincoln, NE 68508, and Gregory C. Damman, counsel for the defendant, 129 N. 5th St, Seward, NE 68434.

      DATED this 6th day of November, 2014.

                                          BY THE COURT:

                                          *Richard G. Kopf*
                                          Senior United States District Judge